BILL LOCKYER
Attorney General
ROBERT R. ANDERSON
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
JULIET HALEY
Deputy Attorney General
SHARON G. BIRENBAUM
Deputy Attorney General
State Bar No. 94925
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5870
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RAMON HERNANDEZ,** | C 05-2993 JF |
| Petitioner, | |
| v. | |
| **CHARLES HARRISON, Warden,** | |
| Respondent. | |

**[PROPOSED] ORDER ON APPLICATION TO FILE OVERSIZED BRIEF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMON HERNANDEZ,<br><br>　　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>CHARLES HARRISON, Warden,<br><br>　　　　　　　　　　　　　Respondent. | C 05-2993 JF<br><br>[~~PROPOSED~~] ORDER ON APPLICATION TO FILE OVERSIZED BRIEF |

GOOD CAUSE APPEARING THEREFORE respondent's application for leave to file a memorandum of points and authorities in excess of 25 pages is granted.

DATED: _11/30/05___

　　　　　　　　　　　　　　　　　　　s/electronic signature authorized
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　Judge of the United States District Court