**E-filed 3/29/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMON HERNANDEZ, | )<br>)  No. C 05-2993 JF |
| Petitioner | ) |
| -vs- | ) |
| CHARLES HARRISON, Warden | ) ORDER GRANTING ENLARGEMENT<br>) OF TIME TO FILE TRAVERSE |
| Respondent | ) |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner may have until April 6, 2006, to file his Traverse to the Answer to Order to Show Cause.

Dated: 3/29/06

_____
JEREMY FOGEL
United States District Judge